# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**UFCW Local One Pension Fund, and its Trustees: John P. Barrett, Robert Boehlert, Frank C. DeRiso, Eric Glathar, Christine McMahon, and Raymond Wardynski**

        vs.                      **Plaintiffs**

**6:09-CV-979 (NAM/GHL)**

**RONALD A. POPP, INC. d/b/a/ SHURFINE, FOODS**

                           **Defendant**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs are awarded Judgment against Defendant for the sum of eighty-five thousand, six hundred and twenty-two dollars and thirty cents ($85,622.30). Said amount represents $63,636.00 in withdrawal liability, $6,989.00 in interest through August 5, 2010, $12,727.00 in liquidated damages, $1,852.00 in attorney and paralegal fees through February 2010, and $418.30 in costs.

All of the above pursuant to the Order of the Honorable Chief District Judge Norman A. Mordue, dated the 31st day of January, 2011.

DATED: January 31, 2011

*[signature]*
Clerk of Court

s/ Melissa Ennis
Melissa Ennis
Deputy Clerk